1  DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102-3495
    Telephone: (415) 436-6788
7   FAX: (415) 436-7200
    daniel.pastor@usdoj.gov
8
Attorneys for United States of America
9

FILED

DEC 17 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  CASE NO.  CR 19-636 EMC
                                        )
14          Plaintiff,                  )
                                        )
15          v.                          )  PETITION FOR WRIT OF HABEAS CORPUS
                                        )  AD PROSEQUENDUM
16  JUAN VALDOVINOS MENDOZA,            )
                                        )
17          Defendant.                  )
                                        )
18  ────────────────────────────────── )

19  TO:    The Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of

20         California

21

22         Assistant United States Attorney Daniel Pastor respectfully requests that the Court issue a Writ

23  of Habeas Corpus Ad Prosequendum for the person of prisoner JUAN VALDOVINOS MENDOZA,

24  whose place of custody or jailor are set forth in the requested Writ, attached hereto.

25         The prisoner, JUAN VALDOVINOS MENDOZA, is required to appear as a defendant in the

26  above-entitled matter in this Court on the date identified in the writ and for all future hearings, and

27  \\

28  \\

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-636 EMC

therefore petitioner prays that the Court issue the Writ as presented.

Dated: December 16, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

Daniel Pastor
Assistant United States Attorney

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6778
7      FAX: (415) 436-7200
       daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
                                    )  CASE NO. CR 19-636 EMC
13                                  )
   UNITED STATES OF AMERICA,        )
14                                  )  [PROPOSED] ORDER GRANTING PETITION
         Plaintiff,                 )  FOR WRIT OF HABEAS CORPUS AD
15                                  )  PROSEQUENDUM
             v.                     )
16                                  )
   JUAN VALDOVINOS MENDOZA,         )
17                                  )
         Defendant.                 )
18

19        Upon motion of the United States of America, and good cause appearing therefore,

20  IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

21  Corpus Ad Prosequendum requiring the production of defendant JUAN VALDOVINOS MENDOZA,

22  before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and

23  requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as

24  presented.

25
   DATED: __12/16/19__
26
                                              _____
27                                            Hon. Thomas S. Hixson
                                              United States Magistrate Judge
28

   [PROPOSED] ORDER
   CASE NO. CR 19-636 EMC

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Humboldt County Jail, 826 4th, St., Eureka, CA** and /or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of JUAN VALDOVINOS MENDOZA, who is in the custody of Humboldt County Jail, before the Honorable ~~Thomas S. Hixson~~ Sallie Kim, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on January 7, 2020, at 10:30AM, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release JUAN VALDOVINOS MENDOZA from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshal for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____12/17/19_____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____

DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-636 EMC