DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7027
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0636 EMC |
| Plaintiff, | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JUAN VALDOVINOS MENDOZA, a/k/a Juan Mendoza Valdovinos, | |
| Defendant. | |

On February 5, 2020, the parties appeared before this Court for a status conference. At that time, defense counsel requested a continuance until February 19, 2020, so that a private defense attorney who has been retained by the defendant's family could take over the matter. The matter was scheduled for a change of plea on February 19, 2020.

With the agreement of the parties as explained on the record during the hearing, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from February 5, 2020 to February 19, 2020 (inclusive), pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agreed to the exclusion of time under the Speedy Trial Act to allow for continuity of counsel. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendant in a speedy trial.

STIPULATION AND PROPOSED ORDER      1
19-CR-0636 EMC

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |

Based on the reasons stated on the record and in the stipulation of the parties above, the Court hereby FINDS that the exclusion of time from February 5, 2020 to February 19, 2020 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED: February 11, 2020

_____
HON. EDWARD M. CHEN
United States District Judge