DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7027
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 19-CR-0636-EMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 2, 2020 THROUGH DECEMBER 16, 2020 |
| v. | ) | |
| JUAN VALDOVINOS MENDOZA, | ) | |
| Defendant. | ) | |

Change of plea and sentencing in this case was scheduled for September 2, 2020. Defense counsel filed a Second Motion to Continue Sentencing on August 28, 2020, citing the COVID-19 pandemic, his own health conditions, and the wildfires then burning in Northern California. The Court granted the motion and continued sentencing to November 4, 2020.

On November 4, 2020, the parties appeared before the Court for the change of plea and sentencing. Defense counsel Arturo Hernandez requested leave to withdraw as defense counsel. Curtis Rodriguez appeared on behalf of the Defendant as retained counsel. Mr. Rodriguez requested time to review discovery.

The Court set the matter for change of plea and sentencing on December 16, 2020. For the reasons stated by defense counsel, the exclusion of time under the Speedy Trial Act from September 2,

1  2020 through December 16, 2020 is appropriate to allow for effective preparation of defense counsel and
2  continuity of counsel. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The ends of justice are served by excluding
3  time and outweigh the interests of the public and the defendant in a speedy trial.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

For the reasons stated above, and those stated on the record on November 4, 2020, the Court FINDS that the exclusion of time from September 2, 2020 through December 16, 2020 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel and continuity of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED: November 9, 2020

_____
HON. EDWARD M. CHEN
United States District Judge